**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:   SAMUEL EDWARD CONRAD | Case No: 09-58146 |
| AMY LYNN CONRAD | |
| 7166 HASWELL DR | Chapter 13 |
| REYNOLDSBURG, OH  43068 | |
| | Judge: CHARLES M. CALDWELL |

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on August 28, 2014. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements. A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form. The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order. The form can be viewed on the Trustee's website at www.13network.com.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:  SAMUEL EDWARD CONRAD  Case No: 09-58146
AMY LYNN CONRAD
7166 HASWELL DR  Chapter 13
REYNOLDSBURG, OH  43068

Judge: CHARLES M. CALDWELL

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on July 20, 2009.
The plan was confirmed on January 11, 2010.
The Case was concluded on August 28, 2014.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:        116,927.26

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 1st American Credit Solutions 00010    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Allied Interstate 00011    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| AMCA 00012    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| American Kidney Stone Management 00013    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| AMY LYNN CONRAD 00000    Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Associated Recovery Services 00015    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00008    Unsecured | 81.20 | 81.20 | 0.00 | 0.00 |
| Autopawn USA 00001    Unsecured | Surrendered | 0.00 | 0.00 | 0.00 |
| Balanced Healthcare Receivables 00016    Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| Barbara Andermatt | | Not filed | 0.00 | 0.00 | 0.00 |
| 00017 | Unsecured | | | | |
| Broad Street Financial Services, Inc. | | Not filed | 0.00 | 0.00 | 0.00 |
| 00018 | Unsecured | | | | |
| CAPITAL ONE | | Not filed | 0.00 | 0.00 | 0.00 |
| 00019 | Unsecured | | | | |
| Carlile Patchen & Murphy | | Not filed | 0.00 | 0.00 | 0.00 |
| 00020 | Unsecured | | | | |
| Central Ohio Pathology Associates | | Not filed | 0.00 | 0.00 | 0.00 |
| 00021 | Unsecured | | | | |
| Child Radiologic Institute | | Not filed | 0.00 | 0.00 | 0.00 |
| 00023 | Unsecured | | | | |
| City of Columbus | | Not filed | 0.00 | 0.00 | 0.00 |
| 00024 | Unsecured | | | | |
| CMI Credit Management | | Not filed | 0.00 | 0.00 | 0.00 |
| 00025 | Unsecured | | | | |
| Columbus OB/GYN | | Not filed | 0.00 | 0.00 | 0.00 |
| 00026 | Unsecured | | | | |
| Computer Credit Inc. | | Not filed | 0.00 | 0.00 | 0.00 |
| 00027 | Unsecured | | | | |
| CONSULTANT ANESTHESIOLOGISTS INC | | 7.08 | 7.08 | 0.00 | 0.00 |
| 00028 | Unsecured | | | | |
| Credit Adjustment Inc. | | Not filed | 0.00 | 0.00 | 0.00 |
| 00029 | Unsecured | | | | |
| CRS Inc. | | Not filed | 0.00 | 0.00 | 0.00 |
| 00030 | Unsecured | | | | |
| David E Miller PhD | | Not filed | 0.00 | 0.00 | 0.00 |
| 00031 | Unsecured | | | | |
| Doctor&#039;s Anasthesia Services Of Columbu | | 5.09 | 5.09 | 0.00 | 0.00 |
| 00032 | Unsecured | | | | |
| DRS Bonded Collection | | Not filed | 0.00 | 0.00 | 0.00 |
| 00033 | Unsecured | | | | |
| Emergency Services Inc. | | Not filed | 0.00 | 0.00 | 0.00 |
| 00034 | Unsecured | | | | |
| Eric T. Deighton Esq. | | Not filed | 0.00 | 0.00 | 0.00 |
| 00035 | Unsecured | | | | |
| ESCALLATE | | Not filed | 0.00 | 0.00 | 0.00 |
| 00036 | Unsecured | | | | |
| Express Payroll Advance | | Not filed | 0.00 | 0.00 | 0.00 |
| 00037 | Unsecured | | | | |
| FFCC-Columbus Inc. | | Not filed | 0.00 | 0.00 | 0.00 |
| 00038 | Unsecured | | | | |
| Fifth Third Bank | | Not filed | 0.00 | 0.00 | 0.00 |
| 00039 | Unsecured | | | | |
| Fifth Third Bank | | Not filed | 0.00 | 0.00 | 0.00 |
| 00040 | Unsecured | | | | |
| FRANCIS APPRAISAL GROUP | | 310.00 | 310.00 | 0.00 | 0.00 |
| 00081 | Appraiser | | | | |
| FRIENDLY FINANCE CORPORATION | | 30.64 | 30.64 | 0.00 | 0.00 |
| 10002 | Unsecured | | | | |
| FRIENDLY FINANCE CORPORATION | | 8,000.00 | 8,000.00 | 451.30 | 0.00 |
| 00002 | Secured-506 | | | | |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| GE CONSUMER FINANCE | 17.24 | 17.24 | 0.00 | 0.00 |
| 00083      Unsecured | | | | |
| Hamilton Collection | Not filed | 0.00 | 0.00 | 0.00 |
| 00041      Unsecured | | | | |
| Helvey & Assoc. | Not filed | 0.00 | 0.00 | 0.00 |
| 00042      Unsecured | | | | |
| HUNTINGTON BANK | Not filed | 0.00 | 0.00 | 0.00 |
| 00043      Unsecured | | | | |
| INTERNAL REVENUE SERVICE | 23.23 | 23.23 | 0.00 | 0.00 |
| 00044      Unsecured | | | | |
| INTERNAL REVENUE SERVICE | 2,640.68 | 2,640.68 | 0.00 | 0.00 |
| 00007      Priority | | | | |
| JBC & Associates | Not filed | 0.00 | 0.00 | 0.00 |
| 00045      Unsecured | | | | |
| Joseph Mann & Creed | Not filed | 0.00 | 0.00 | 0.00 |
| 00046      Unsecured | | | | |
| JP Recovery | Not filed | 0.00 | 0.00 | 0.00 |
| 00047      Unsecured | | | | |
| LABCORP | Not filed | 0.00 | 0.00 | 0.00 |
| 00048      Unsecured | | | | |
| Law Offices of Joel Cardiss | Not filed | 0.00 | 0.00 | 0.00 |
| 00049      Unsecured | | | | |
| Mark Zuspan | Not filed | 0.00 | 0.00 | 0.00 |
| 00050      Unsecured | | | | |
| Maternal Fetal Medicine | Not filed | 0.00 | 0.00 | 0.00 |
| 00051      Unsecured | | | | |
| Matria Healthcare | Not filed | 0.00 | 0.00 | 0.00 |
| 00052      Unsecured | | | | |
| MATTHEW J THOMPSON ESQ | 381.10 | 381.10 | 0.00 | 0.00 |
| 00084      Additional Attorney Fees | | | | |
| MEADE & ASSOCIATES | Not filed | 0.00 | 0.00 | 0.00 |
| 00053      Unsecured | | | | |
| MEADE & ASSOCIATES | 7.06 | 7.06 | 0.00 | 0.00 |
| 00022      Unsecured | | | | |
| Medc | Not filed | 0.00 | 0.00 | 0.00 |
| 00054      Unsecured | | | | |
| Mitchell N. Kay | Not filed | 0.00 | 0.00 | 0.00 |
| 00055      Unsecured | | | | |
| MOUNT CARMEL HEALTH | 59.73 | 59.73 | 0.00 | 0.00 |
| 00057      Unsecured | | | | |
| Mt. Carmel East | Not filed | 0.00 | 0.00 | 0.00 |
| 00056      Unsecured | | | | |
| Nationwide Children's Hospital | Not filed | 0.00 | 0.00 | 0.00 |
| 00058      Unsecured | | | | |
| Nationwide Credit Inc. | Not filed | 0.00 | 0.00 | 0.00 |
| 00059      Unsecured | | | | |
| NCO FINANCIAL SYSTEMS | Not filed | 0.00 | 0.00 | 0.00 |
| 00060      Unsecured | | | | |
| Norman G. Kalina Esq. | Not filed | 0.00 | 0.00 | 0.00 |
| 00061      Unsecured | | | | |
| OHIO ATTORNEY GENERAL | Not filed | 0.00 | 0.00 | 0.00 |
| 00006      Priority | | | | |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| Ohio Dept. of Taxation<br>00062     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ortho & Neuro Consultants<br>00063     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| OSI Collection Services<br>00064     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| OSU Medical Center<br>00065     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Pain Care Specialists<br>00066     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PCB<br>00067     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Pediatric Associates<br>00068     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00003     Secured-506 | 200.00 | 200.00 | 5.74 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00014     Deficiency Balance | 68.78 | 68.78 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00082     Unsecured | 3.72 | 3.72 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>10003     Unsecured | 18.65 | 18.65 | 0.00 | 0.00 |
| RADIOLOGY INC<br>00069     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Receivable Solutions Inc.<br>00070     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| REGIONAL INCOME TAX AGENCY<br>00009     Priority | 535.30 | 535.30 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES<br>00071     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Robert Houser<br>00072     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| SAMUEL EDWARD CONRAD<br>00000     Debtor Refund | 0.00 | 484.62 | 0.00 | 0.00 |
| SBC<br>00073     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| The Columbus Dispatch<br>00074     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Toys R Us<br>00075     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Transworld Systems Inc.<br>00076     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| TSYS Total Debt Mgmt, Inc.<br>00077     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Vengroff, Williams & Assoc.<br>00078     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA<br>00005     Pre-Pet MTG Arrears | 22,310.20 | 22,310.20 | 0.00 | 0.00 |
| WELLS FARGO BANK NA<br>00004     Mortgage | Continuing | 73,927.31 | 0.00 | 0.00 |
| WELLS FARGO BANK NA<br>00085     Claim Withdrawn | 0.00 | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 00086       Claim Withdrawn | | | | |
| WELTMAN WEINBERG & REIS | Not filed | 0.00 | 0.00 | 0.00 |
| 00079       Unsecured | | | | |
| WOW Cable | Not filed | 0.00 | 0.00 | 0.00 |
| 00080       Unsecured | | | | |
| Previously refunded during pendency of case | 484.62 | 484.62 | | |
| Debtor refund to be issued upon the approval of the Final Report and Account | 151.56 | 151.56 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 30,891.30 | 3,485.98 | 32,243.33 | 0.00 | 636.18 | 67,256.79 |
| PRIN PAID | 30,891.30 | 3,485.98 | 322.42 | 73,927.31 | 636.18 | 109,263.19 |
| INT PAID | 457.04 | 0.00 | 0.00 | 0.00 | | 457.04 |
| | | | | | TOTAL PAID: | 109,720.23 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

DEBTOR'S ATTORNEY                                                                  ALLOWED           TOTAL PAID
MATTHEW J THOMPSON ESQ                                                             2,600.00            2,600.00

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 4,985.72 | 0.00 | 105.93 | 5,091.65 |

Dated: 09/10/2014

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: SAMUEL EDWARD CONRAD<br>AMY LYNN CONRAD<br>7166 HASWELL DR<br>REYNOLDSBURG, OH  43068 | Case No: 09-58146<br><br>Chapter 13<br><br>Judge: CHARLES M. CALDWELL |

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: SAMUEL EDWARD CONRAD
AMY LYNN CONRAD
7166 HASWELL DR
REYNOLDSBURG, OH 43068

Case No: 09-58146

Chapter 13

Judge: CHARLES M. CALDWELL

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 10, 2014, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
MATTHEW J THOMPSON ESQ

and on the following by **ordinary U.S. Mail** addressed to:

SAMUEL EDWARD CONRAD
AMY LYNN CONRAD
7166 HASWELL DR
REYNOLDSBURG, OH 43068
**See Creditor Matrix**
**All Creditors and Parties in Interest**

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX  760960000

Ohio Department of Job & Family Services
,  000000000

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA  235410000

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  331310000

Wells Fargo Bank, N.A.
,  000000000

1st American Credit Solutions
12954 Stonecreek Dr. Suite F
Reynoldsburg, OH  430680000

AMCA
2269 S. Sawmill River Road
Building 3
Elmsford, NY  105230000

Allied Interstate
PO Box 26808
Greensboro, NC  274290000

American Kidney Stone Management
100 W. Third Ave.
Columbus, OH  432010000

Americredit
PO Box 183853
Arlington, TX  760963853

Associated Recovery Services
PO Box 469046
Escondido, CA  920469046

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Attorney General - Rev Rec
ATTN: Bankruptcy Staff
150 E. Gay Street, 21st Floor
Columbus, OH  432150000

Autopawn USA
1560 Harrisburg Pike
Columbus, OH  432230000

Balanced Healthcare Receivables
141 Burke St.
Nashua, NH  030600000

Barbara Andermatt
6760 Thrush Dr. Suite D
Canal Winchester, OH  431100000

Broad Street Financial Services, Inc.
PO Box 18103
Columbus, OH  432180103

CMI Credit Management
4200 International Pkwy
Carrollton, TX  750071906

CRS Inc.
23220 Chagrin Blvd. &#035;400
Beachwood, OH  441220000

Capital One
PO Box 85167
Richmond, VA  232850000

Carlile Patchen & Murphy
366 E. Broad St.
Columbus, OH  432150000

Carlisle McNellie et al
24755 Chagrin Blvd. &#035;200
Cleveland, OH  441220000

Central Ohio Pathology Associates
Po Box 951427
Cleveland, OH  441930000

Central Ohio Urology Group, Inc
3100 Plaza Properties Blvd &#035;310
Columbus, OH  432190000

Child Radiologic Institute
Dept L-1648
Columbus, OH  432601648

City of Columbus
Parking Ticket Division
400 W. Whittier Street
Columbus, OH  432150000

Columbus OB/GYN
750 Mt. Carmel Mall &#035;100
Columbus, OH  432220000

Computer Credit Inc.
PO Box 5238
Winston-Salem, NC  271130000

Consultant Anesthesiologist
PO Box 711939
Cincinnati, OH  452710000

Credit Adjustment Inc.
330 Florence St.
Defiance, OH  435120000

DRS Bonded Collection
PO Box 498609
Cincinnati, OH  452498609

David E Miller PhD
7664 Slate Ridge Dr.
Reynoldsburg, OH  430680000

Doctors Anesthesia Service of Columbus
Dept L 2312
Columbus, OH  432600000

Emergency Services Inc.
PO Box 1028
Melrose, MA  021760000

Eric T. Deighton Esq.
24755 Chagrin Blvd. &#035;200
Beachwood, OH  441220000

Escallate
PO Box 714017
Columbus, OH  432710000

Express Payroll Advance
5720 Avery Rd.
Dublin, OH  430160000

FFCC-Columbus Inc.
1550 Old Henderson Rd.
Columbus, OH  432200000

Fifth Third Bank
1850 E Paris SE - Bankruptcy Dept
Grand Rapids, MI  495460000

Francis Appraisal Group
4801 Overcreek Place
Powell, OH  430658090

Friendly Finance
6340 Security Blvd. &#035;200
Gwynn Oak, MD  212070000

GE Consumer Finance
For GE Money Bank
dba HOME DSGN-FLOORCARE/GEMB
PO Box 960061
Orlando, FL  328960661

HSBC Bank Nevada, N.A.
by PRA Receivables Management, LLC
PO Box 12907
Norfolk, VA  235410000

Hamilton Collection
9204 Center for Arts Dr.
Niles, IL  607141300

Helvey & Assoc.
1015 E. Center St.
Warsaw, IN  465803497

Huntington National Bank
PO Box 89424
Cleveland, OH  441016424

IRS
Attn Special Procedures
550 Main St Room 3525
Cincinnati, OH  452010000

Internal Revenue Service
ATTN: Special Procedures
PO Box 21126
Philadelphia, PA  191140000

JBC & Associates
2 Broad St.
Bloomfield, NJ  070030000

JP Recovery
PO Box 16749
Rocky River, OH  441160749

Joseph Mann & Creed
20600 Chagrin Blvd &#035;550
Shaker Heights, OH  441225340

LabCorp
PO Box 2240
Burlington, NC  272160000

Law Offices of Joel Cardiss
2006 Swede Rd. &#035;100
Norristown, PA  194010000

Mark Zuspan
11299 Stonecreek Dr. Suite B
Pickerington, OH  431470000

Maternal Fetal Medicine
PO Box 71-4903
Columbus, OH  432714903

Matria Healthcare
PO Box 96782
Chicago, IL  606930000

Meade & Associates
737 Enterprise Drive
Westerville, OH  430810000

Medc
4865 Dixie Highway
Fairfield, OH  450140000

Mitchell N. Kay
7 Penn Plaza
New York, NY  100013995

Mount Carmel Health
Self Pay Relization
6150 E Broad Street 2nd Floor
Columbus, OH  432130000

Mt. Carmel East
PO Box 89458
Cleveland, OH  441016458

Mt. Carmel Health
Po Box 931068
Cleveland, OH  441930000

NCO Financial Systems
PO Box 17095
Wilmington, DE  198500000

National Capital Management
8245 Tournament Dr. &#035;230
Memphis, TN  381250000

National Capital Management, LLC
8245 Tournament Drive
Suite 230
Memphis, TN  381250000

Nationwide Children's Hospital
700 Children&#039;s Drive
Columbus, OH  432050000

Nationwide Credit Inc.
2015 Vaughn Rd. NW, &#035;400
Kennesaw, GA  301447802

Norman G. Kalina Esq.
76 N. Maple Ave. &#035;141
Ridgewood, NJ  074500000

OSI Collection Services
PO Box 7525
Dublin, OH  430172590

OSU Medical Center
Attn Patient Financial Services
PO Box 183102
Columbus, OH  432183102

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Ohio Dept. of Taxation
ATTN: Bankruptcy Division
PO Box 530
Columbus, OH  432660030

Ortho & Neuro Consultants
70 S. Cleveland Ave.
Westerville, OH  430810000

PCB
PO Box 29917
Columbus, OH  432297517

Pain Care Specialists
PO Box 500
Marion, OH  433020000

Pediatric Associates
1021 County Club Rd. &#035;A
Columbus, OH  432130000

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  235410000

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA  235410000

RITA
PO Box 470537
Broadview Hts, OH  441470000

Radiology Inc
Dept L 647
Columbus, OH  432600000

Receivable Solutions Inc.
495 E. Mound St.
Columbus, OH  432150000

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL  331311605

Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Robert Houser
495 Cooper Rd. Suite 217
Westerville, OH  430810000

SBC
Consumer Bankruptcy Center
PO Box 769
Arlington, TX  760040000

TSYS Total Debt Mgmt, Inc.
PO Box 6700
Norcross, GA  300910000

The Columbus Dispatch
34 South Third Street
Columbus, OH 432150000

Toys R Us
461 From Rd.
Paramus, NJ 076520000

Transworld Systems Inc.
PO Box 742585
Cincinnati, OH 452740000

U.S. Attorney General
Main Justice Bldg Rm 5111
10th & Constitution Ave NW
Washington,   205300000

U.S. District Attorney
303 Marconi, 2nd Floor
Columbus, OH 432150000

Vengroff, Williams & Assoc.
PO Box 119
Tallevast, FL 342700119

WOW Cable
PO Box 5715
Carol Stream, IL 601975715

Wells Fargo Bank, N.A.
1 Home Campus
Attn: Bankruptcy Payment Processing
MAC&#035; X2501-01D
Des Moines, IA 503280000

Wells Fargo Home Mortgage
1 Home Campus, MAC &#035;
X2302-04C
Attn Bankruptcy
Des Moines, IA 503280000

Weltman Weinberg & Reis
175 S. 3rd St. &#035;900
Columbus, OH 432150000

Amy Lynn Conrad
7166 Haswell Dr.
Reynoldsburg, OH 430680000

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 430850000

Matthew J Thompson
Nobile & Thompson Co., L.P.A.
4876 Cemetery Road
Hilliard, OH 430260000

Samuel Edward Conrad
7166 Haswell Dr.
Reynoldsburg, OH 430680000